writ of certiorari to the Court of Civil Appeals, 11th Supreme Judicial District, of Texas, denied. *Messrs. Robert H. Kelley* and *Roy C. Sewell* for petitioners. No appearance for respondents.

No. 155. WILSON ET AL. *v.* UNITED STATES. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. James F. Kemp* for petitioners. *Solicitor General Jackson, Assistant Attorney General Rogge, Messrs. Mahlon D. Kiefer, Fred E. Strine,* and *W. Marvin Smith* for the United States.

No. 163. DAVIS *v.* UNITED STATES. October 9, 1939. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Robert H. Montgomery, Thomas G. Haight, J. Marvin Haynes,* and *James O. Wynn* for petitioner. *Solicitor General Jackson, Assistant Attorney General Clark,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Arnold Raum* for the United States. By special leave of Court, *Mr. Hugh Satterlee* filed a brief, as *amicus curiae,* in support of the petition.

No. 312. UNITED LIGHT & POWER Co. *v.* COMMISSIONER OF INTERNAL REVENUE. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Robert N. Miller, Homer Hendricks,* and *Kenneth F. Burgess* for petitioner. *Solicitor General Jackson* and *Messrs. Sewall Key, Maurice J. Mahoney,* and *Richard H. Demuth* for respondent.